# HILL & FINKEL, L.L.P.
## ATTORNEYS AT LAW

602 Sawyer, Suite 450
Houston, Texas 77007

W. BRADFORD HILL, JR.
Email: BHill@hillfinkel.com

Telephone: (713) 654-4004
Facsimile: (713) 654-4028

February 17, 2016

Hon. Stephen Smith
U.S. District Court Judge
U.S. District Court - Southern District of Texas
515 Rusk Avenue, Courtroom 703
Houston, Texas 77002

Re:   *David Silvas, et al. v. Anthem Blue Cross Life and Health Ins. Co., et al.*
      U.S. District Court Case No. 4:15-CV-03249

Dear Judge Smith:

    This will confirm my legal assistant's conversation with your Clerk, Jason, wherein we advised that the above case has settled. This will also confirm that we were advised by Jason that the parties do not need to attend the initial conference scheduled for today at 3:00 p.m.

    The settlement should be finalized within the next 60 to 90 days.

Very truly yours,

W. Bradford Hill, Jr

WBH:sh

cc: Eileen R. Ridley